IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Corey Jawan Robinson, #294233 ) | C/A No. 5:10-2593-HMH-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Order |
| ) | |
| South Carolina Department of Corrections; John Ozmint; ) | |
| James Blackwell; Sgt. W. Young; Tiffany Starks; Sarah M. ) | |
| Roberts; Ann Hallman; HCA Gregory Sarver; Lieber ) | |
| Correctional Institution; David Tatarsky; Anna Moaks; ) | |
| Candace A. Wigfall; Ramnarine Jaglal; Lt. Dessirence ) | |
| Lloyd; Sgt. Y. Blowe; DHO A. Brown; Warden Wayne ) | |
| McCave; Cpl Grealin Fraizer; Sgt J. Smith; Doctor R. ) | |
| Babb, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's Motion to Quash Affidavits (ECF No. 130 (Nov. 29, 2011)); Plaintiff's Motion to Quash Defendants' Motion for Summary Judgment (ECF No. 140 (Jan. 4, 2012)); and Plaintiff's Motions to Compel Production of Documents: ECF Nos. 115 (Sept. 21, 2011); 122 (Oct. 12, 2011); 123 (Oct. 19, 2011); 126 (Oct. 28, 2011); 129 (Nov. 22, 2011); 132 (Dec. 14, 2011); 141 (Jan. 4, 2012)).

Plaintiff's Motion to Quash Affidavits (ECF No. 130) relates to whether the affidavits of Defendants Sgt. W. Young and Officer Tiffany Starks that were submitted in support of Defendants' Motion to Dismiss or for Summary Judgment (ECF Nos. 111-10 and 111-11) are true and correct. The court finds such arguments insufficient to require the affidavits of Defendants Young and Starks be quashed. Further, a report and recommendation has been submitted to the district court recommending that Defendants' Motion to Dismiss or for Summary Judgment be granted. Accordingly, Plaintiff's Motion to Quash Affidavits (ECF No. 130) is denied.

Plaintiff's Motion to Quash Defendants' Motion for Summary Judgment (ECF No. 140) is also denied. In that motion, Plaintiff seeks to "quash" Defendants' motion because it contains statements that Plaintiff argues are untrue. Because motions to quash are not appropriately used in this context, and because the undersigned has considered and made a recommendation regarding Defendants' motion for summary judgment at issue, Plaintiff's Motion to Quash (ECF No. 140) is denied.

Finally, Plaintiff's Motions to Compel Production of Documents—ECF Nos. 115, 122, 123, 126, 129, 132, and 141—are denied. In an order denying four of Plaintiff's prior motions to compel, United States Magistrate Judge Thomas E. Rogers, III found that Defendants had adequately responded to Plaintiff's requests for production. Order (Oct. 4, 2011), ECF No. 118 at 2-3. Further, the discovery period for this case ended on July 29, 2011 (*see* Am. Scheduling Order, ECF No. 88), and dispositive motions have been filed and are being considered by the district court. Plaintiff's motions to compel are denied.

IT IS SO ORDERED.

January 31, 2012									Kaymani D. West
Florence, South Carolina							United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**